# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01757-RPM

INTRAWEST ULC,

    Plaintiff,

v.

WILLIS NORTH AMERICA, INC. f/k/a WILLIS CORROON CORPORATION,
WILLIS OF NEW YORK, INC.,
WILLIS INSURANCE BROKERAGE OF UTAH, INC.,
WILLIS OF NEW JERSEY, INC.,
WILLIS CONSTRUCTION SERVICES CORPORATION OF NEW JERSEY f/k/a WILLIS CORROON CONSTRUCTION SERVICES CORPORATION OF NEW JERSEY,
WILLIS CORROON CONSTRUCTION SERVICES CORPORATION OF CONNECTICUT,
WILLIS CORROON CONSTRUCTION SERVICES CORPORATION,
WILLIS OF NEW HAMPSHIRE, INC. f/k/a WILLIS CORROON CORPORATION OF NEW HAMPSHIRE,
WILLIS OF MASSACHUSETTS, INC. and
JOHN DOE WILLIS ENTITY,

    Defendants.

___

## ORDER OF DISMISSAL WITHOUT PREJUDICE
___

Pursuant to the Joint Stipulation of Dismissal without Prejudice [10] filed January 7, 2014, it is

ORDERED that any and all claims of Plaintiff Intrawest ULC asserted herein are dismissed without prejudice (and in favor of the third-party action now pending before this Court as between the parties hereto; *see National Union Fire Insurance Company of Pittsburgh, PA v. Intrawest ULC f/k/a Intrawest Corporation et al.*, U.S. District Court District of Colorado No. 1:13-cv-00079-PAB-KMT), with each party to bear its own costs and attorney's fees in this action.

DATED: January 8th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge